## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **J1778, LLC dba Premier Pools & Spas Yuma** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1862160** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2499 S. Virginia Drive**<br>**Yuma, AZ 85364**<br>Number, Street, City, State & ZIP Code | **3774 W. 26th Street**<br>**Yuma, AZ 85364**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Yuma**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.premierpoolsandspas.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| --- | --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **2CH2017, LLC dba Pinnacle Pools & Spas** | Relationship | **Related business** |
| --- | --- | --- | --- |
| District | **Arizona** | When | **9/15/23** | Case number, if known | **0:23-bk-06450** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 15, 2023**
                MM / DD / YYYY

**X** **/s/ Jacob Miller**
Signature of authorized representative of debtor

**Jacob Miller**
Printed name

_____
Email Address of debtor

Title   **Sole Member**

**18. Signature of attorney**

**X** **/s/ Thomas H. Allen**   Date **September 15, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Thomas H. Allen 11160**
Printed name

**Allen, Jones & Giles, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone   **602-256-6000**   Email address   **tallen@bkfirmaz.com**

**11160 AZ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **J1778, LLC dba Premier Pools & Spas Yuma**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**September 15, 2023**__    X **/s/ Jacob Miller** _____
                                                      Signature of individual signing on behalf of debtor

                                                **Jacob Miller** _____
                                                Printed name

                                                 **Sole Member** _____
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **J1778, LLC dba Premier Pools & Spas Yuma**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................................    $     0.00

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*...........................................................................................    $     409,355.00

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*.............................................................................................    $     409,355.00

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     256,193.09

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     158,453.64

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     1,494,303.29

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b        $     1,908,950.02

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name    **J1778, LLC dba Premier Pools & Spas Yuma**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 37,155.00 | - | 0.00 | = .... | **$37,155.00** |
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | 37,121.50 | - | 37,121.50 | =.... | **$0.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$37,155.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**Office furniture: 8 desks, 13 desk chairs, large office table, 5 chairs, table bench, 4 filing cabinets, full size fridge and mini fridge** | Unknown | Comparable sale | $5,230.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office equipment/electronics: 15 computer monitors, printers, 7 keyboards, 4 CPU towers, 3 TVs, 4 laptops, 3 tablets, timeclock, 11 office phones, calculator** | Unknown | Comparable sale | $11,470.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   $16,700.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2020/2021 BigTex trailer (VIN *4358)** | Unknown | Kelly Blue Book | $10,000.00 |
| 47.2. **2017 CMTL Trailer (VIN *0280)** | Unknown | Kelly Blue Book | $2,500.00 |
| 47.3. **2019 Ford F250 (VIN *1644)** | Unknown | Kelly Blue Book | $30,000.00 |
| 47.4. **2021 Ford F250 (VIN *4443)** | Unknown | Kelly Blue Book | $33,000.00 |
| 47.5. **2021 Ford F250 (VIN *7538)** | Unknown | Kelly Blue Book | $28,000.00 |
| 47.6. **2022 Ford F250 (VIN *7542)** | Unknown | Kelly Blue Book | $45,000.00 |
| 47.7. **2000 Chevrolet 3500 (VIN *3005)** | Unknown | Kelly Blue Book | $2,000.00 |
| 47.8. **2014 Ford F150 (VIN *4701)** | Unknown | Kelly Blue Book | $14,500.00 |
| 47.9. **2006 GMC Canyon (VIN *7061)** | Unknown | Kelly Blue Book | $3,000.00 |
| 47.10. **2004 GMC/Chevy K23 (VIN *4023)** | Unknown | Kelly Blue Book | $9,800.00 |
| 47.11. **2004 GMC/Chevy 2500/C23 (VIN *2316)** | Unknown | Kelly Blue Book | $7,800.00 |
| 47.12. **2022 AC Trailer (VIN  *4994)** | Unknown | Kelly Blue Book | $4,000.00 |
| 47.13. **1987 Flen Trailer (VIN *5336)** | Unknown | Kelly Blue Book | $2,500.00 |
| 47.14. **2014 DCRC Flat Trailer (VIN *4454)** | Unknown | Kelly Blue Book | $2,500.00 |
| 47.15. **2006 Ford F250 (VIN *7699)** | Unknown | Kelly Blue Book | $3,500.00 |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
          floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

Case 0:23-bk-06455-SHG    Doc 1    Filed 09/15/23    Entered 09/15/23 13:08:09    Desc
Main Document    Page 9 of 78

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
|---|---|---|---|---|
| | Bobcat MT100 Compact Track Loader (*B52P21519) | Unknown | Comparable sale | $39,800.00 |
| | 2022 Caterpiller 239D3 Compact Track Loader (*K5S00903) | Unknown | Comparable sale | $58,000.00 |
| | 2021 Caterpiller 303ECR Mini Hydraulic Excavator (*HHM04517) | Unknown | Comparable sale | $59,600.00 |

**51.**    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $355,500.00 |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **62.**   **Licenses, franchises, and royalties** Arizona Contractors License; City of Yuma Business License | Unknown | N/A | Unknown |
| **63.**   **Customer lists, mailing lists, or other compilations** Customer list | Unknown | N/A | Unknown |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

66.   **Total of Part 10.**                                                    | $0.00
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:        All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,155.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $355,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $409,355.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $409,355.00 |

**Fill in this information to identify the case:**

Debtor name    **J1778, LLC dba Premier Pools & Spas Yuma**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Ally Financial**<br>Creditor's Name<br><br>**P.O. Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/10/2021**<br>**Last 4 digits of account number**<br>**4935**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2019 Ford F250 (VIN *1644)**<br><br><br>Describe the lien<br>**Vehicle Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32,199.06** | **$30,000.00** |
| **2.2**   **Caterpiller Financial Services Corp.**<br>Creditor's Name<br><br>**P.O. Box 100647**<br>**Pasadena, CA 91189-0647**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/21/2021**<br>**Last 4 digits of account number**<br>**4273**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2022 Caterpiller 239D3 Compact Track Loader (*K5S00903)**<br><br>Describe the lien<br>**Vehicle lien/UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $42,299.95 | $58,000.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

---

| 2.3 | **Caterpiller Financial Services Corp.** | Describe debtor's property that is subject to a lien | $40,403.67 | $59,600.00 |

**Caterpiller Financial Services Corp.**
Creditor's Name

Describe debtor's property that is subject to a lien
**2021 Caterpiller 303ECR Mini Hydraulic Excavator (*HHM04517)**

**P.O. Box 100647**
**Pasadena, CA 91189-0647**
Creditor's mailing address

Describe the lien
**Vehicle lien/UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/17/2021**

Last 4 digits of account number
**6627**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **Ford Motor Credit Company** | Describe debtor's property that is subject to a lien | $33,730.21 | $33,000.00 |

**Ford Motor Credit Company**
Creditor's Name

Describe debtor's property that is subject to a lien
**2021 Ford F250 (VIN *4443)**

**P.O. Box 6275**
**Dearborn, MI 48121-6275**
Creditor's mailing address

Describe the lien
**Vehicle Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/12/2021**

Last 4 digits of account number
**8935**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | **Ford Motor Credit Company** | Describe debtor's property that is subject to a lien | $29,131.03 | $28,000.00 |

**Ford Motor Credit Company**
Creditor's Name

Describe debtor's property that is subject to a lien
**2021 Ford F250 (VIN *7538)**

**P.O. Box 6275**
**Dearborn, MI 48121-6275**
Creditor's mailing address

Describe the lien
**Vehicle Lien**

---

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
__8/12/2021__
**Last 4 digits of account number**
__2817__

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $46,260.83 | $45,000.00 |
|-----|-------------------------------|---------------------------------------------------------|------------|------------|

Creditor's Name

**P.O. Box 6275**
**Dearborn, MI 48121-6275**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Ford F250 (VIN *7542)**

**Describe the lien**
__Vehicle Lien__

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
__3/23/2022__
**Last 4 digits of account number**
__8697__

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Wells Fargo Vendor Financial Services** | **Describe debtor's property that is subject to a lien** | $32,168.34 | $39,800.00 |
|-----|-------------------------------------------|---------------------------------------------------------|------------|------------|

Creditor's Name

**5000 Riverside Drive**
**Suite 300 East**
**Irving, TX 75039-4314**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Bobcat MT100 Compact Track Loader (*B52P21519)**

**Describe the lien**
__Vehicle lien/UCC-1__

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
__9/6/2022__
**Last 4 digits of account number**
__9000__

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **J1778, LLC dba Premier Pools & Spas Yuma** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $256,193.09 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name    **J1778, LLC dba Premier Pools & Spas Yuma**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,063.44** | **Unknown** |
|---|---|---|---|---|
| | **Arizona Department of Economic Unemployment Insurance Administration P.O. Box 29225 Phoenix, AZ 85038-9225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/31/2023** | Basis for the claim:<br>**Q1 2023 UI Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$48.67** | **Unknown** |
|---|---|---|---|---|
| | **Arizona Department of Economic Unemployment Insurance Administration P.O. Box 29225 Phoenix, AZ 85038-9225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**6/30/2023** | Basis for the claim:<br>**Q2 2023 UI Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 0:23-bk-06455-SHG    Doc 1    Filed 09/15/23    Entered 09/15/23 13:08:09    Desc
30975
Main Document    Page 17 of 78

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,792.28 | Unknown |
|---|---|---|---|---|

**Arizona Department of Revenue c/o AZ Atty Gen Tax, Bankr & Coll Sect 2005 North Central Avenue Phoenix, AZ 85004-1592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2023**

Basis for the claim:
**Q1 2023 Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,415.28 | Unknown |
|---|---|---|---|---|

**Arizona Department of Revenue c/o AZ Atty Gen Tax, Bankr & Coll Sect 2005 North Central Avenue Phoenix, AZ 85004-1592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/30/2023**

Basis for the claim:
**Q2 2023 Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,000.00 | Unknown |
|---|---|---|---|---|

**Hondo Hahn 1344 S. 41st Drive Yuma, AZ 85364**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/8/2022**

Basis for the claim:
**Cancelled contract (Deposit received)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,255.78 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,005.04** | **Unknown** |

Priority creditor's name and mailing address
**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,005.04**    **Unknown**

Date or dates debt was incurred
**3/24/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

2.8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,474.00**    **Unknown**

Date or dates debt was incurred
**3/31/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

2.9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$971.40**    **Unknown**

Date or dates debt was incurred
**4/4/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

2.10

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,963.99**    **Unknown**

Date or dates debt was incurred
**4/7/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,710.36** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/14/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,671.32** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/21/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,356.61** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/28/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,390.54** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,463.10 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/5/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,468.02 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/12/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,316.76 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/19/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,269.89 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/26/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,399.42** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/2/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,518.47** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/9/2023**

Basis for the claim:
**Payroll taxes (941)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,116.51** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 late fees; Quarter 3 of 2022**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,580.92** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 late fees; Quarter 2 of 2022**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,130.92 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 late fees; Quarter 4 2022**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.92 | Unknown |
|---|---|---|---|---|

**RC Liquor**
**101 E 24th St**
**Yuma, AZ 85364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NSF for cashed payroll check**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,494.00 | Unknown |
|---|---|---|---|---|

**Scott Milby**
**5788 E. 44th Place**
**Yuma, AZ 85365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/10/2023**

Basis for the claim:
**Cancelled contract (Deposit received)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Yost**
**4159 S Buckhorn Drive**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander and Sarah Chavez**
**6545 E 32nd Lane**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alexandra Cavenaghi**
**4837 W 31st Place**
**Yuma, AZ 85364**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.32** |
|---|---|---|---|

**Allied Waste**
**P.O. Box 78829**
**Phoenix, AZ 85062-8829**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,893.34** |
|---|---|---|---|

**American Express**
**P.O. Box 297879**
**Fort Lauderdale, FL 33329-7879**

Date(s) debt was incurred _

Last 4 digits of account number **1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Line**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,802.65** |
|---|---|---|---|

**American Express**
**P.O. Box 297879**
**Fort Lauderdale, FL 33329-7879**

Date(s) debt was incurred _

Last 4 digits of account number **1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Line**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ann Moreno**
**12355 E. Blue Sky Lane**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Anthony Brown**
**1720 S Athens Ave**
**Yuma, AZ 85364**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,374.47** |
|---|---|---|---|

**Aquabella**
**2850 S Roosevelt Street**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arnoldo Motijo**
**2599 S 32nd Ave**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ashley Dykstra**
**27300 Mesquite Ave**
**Wellton, AZ 85356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,650.00** |
|---|---|---|---|

**AZ Tech**
**128 N. 14th Avenue**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Balboa Capital**
**2010 Main Street, 11th Floor**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2021**

Basis for the claim:  **Potential deficiency for surrendered**
**2020 Freightliner M2 106 (VIN *4716) (dump truck)**
**2020 Freightliner M2 106 (VIN *4715) (dump truck)**

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Balboa Capital**
**2010 Main Street, 11th Floor**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/2020**

Basis for the claim:  **Potential deficiency for surrendered 2019 John Deere**
**Skid Steer (Vin *1626)**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ben and Shiloh Williams**
**13489 S Ave 6 3/4 E**
**85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,647.00** |
|---|---|---|---|

**Big Daddy Pump**
**1875 S. 5th Avenue**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**BLT Companies, LLC / CPT**<br>**P.O. Box 6486**<br>**Yuma, AZ 85366**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$3,357.91**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**BLT Companies, LLC / Ready Mix**<br>**P.O. Box 6486**<br>**Yuma, AZ 85366**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$51,659.83**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Brad Plancich**<br>**14694 E 49th Street**<br>**Yuma, AZ 85367**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Previous client/customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Brandon & Nicole Brooks**<br>**1285 S Thomas Ave**<br>**Yuma, AZ 85364**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Previous client/customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Bret & Shawna Openheimer**<br>**13242 South Avenue 5E**<br>**Yuma, AZ 85365**<br><br>Date(s) debt was incurred  5/2021<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Previous client/customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Brian and Tammy Donahoe**<br>**5182 E 34th Street**<br>**Yuma, AZ 85365**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Previous client/customer<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**C & J Harrington Family LP**<br>**P.O. Box 5346**<br>**Yuma, AZ 85366**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$23,943.20**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unpaid rent from 9/2022 through 7/2023; 2022 Property taxes due to landlord<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Caesar Romero**
8475 E 37th Place
Yuma, AZ 85365

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlo Ramage**
14767 S Ave 4 1/2E
Yuma, AZ 85365

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carol Berry**
4132 W. Camille Place
Yuma, AZ 85364

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carol Leake**
11638 E 26th Street
Yuma, AZ 85367

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,726.97** |

**Cemex**
2088 E. 20th Street
Yuma, AZ 85365

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cesar and Pilar Dominguez**
13484 S Ave 5E
Yuma, AZ 85365

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cheryl and Dwight Larson**
13692 E 54th Drive
Yuma, AZ 85367

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chester Nagel and Donna Phillips**
**10154 Summer Ave**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cindy Black**
**13756 E 52nd Street**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.15 |
|---|---|---|---|

**City of Yuma**
**One City Plaza**
**P.O. Box 13012**
**Yuma, AZ 85366-3012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.26 |
|---|---|---|---|

**City of Yuma**
**One City Plaza**
**P.O. Box 13012**
**Yuma, AZ 85366-3012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel and Pamela Duff**
**13348 E 49th St.**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danielle and Robert Harris**
**11237 E 26th Place**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darby Garcia**
**8407 E Lorenzo Lane**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darren Mattice**
**10435 E. 39th Place**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dave Claborn**
**5328 E View Parkway**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David and Jaquelyn McCormick**
**3556 E. Corso Cavallo Lane**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37.94** |
|---|---|---|---|

**Desert Water Store, Inc.**
**863 Ave. B**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Doug and Ronna Stubbs**
**8364 E Adobe Ridge Road**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,139.17** |
|---|---|---|---|

**DPE Construction**
**1636-A E. 20th Street**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elder Domingues**
**4244 W. 27th Ln**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

Name

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elizabeth Acosta**
**2211 E 26th Way**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,899.00** |

**EMC Insurance**
**P.O. Box 219225**
**Kansas City, MO 64121-9225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Eric Jones**
**4577 W. 27th Place**
**Yuma, AZ 85364**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Eric Sawyer**
**4419 W 13th Place**
**Yuma, AZ 85364**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Eugene McClure**
**11767 E 24th Lane**
**Yuma, AZ 85367**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,800.02** |

**Everest National Insurance Co.**
**Warren Corporate Center**
**100 Everest Way**
**Warren, NJ 07059**

Date(s) debt was incurred _

Last 4 digits of account number  **0221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,171.47** |

**Florida Water Products**
**5069 Savarese Circle**
**Tampa, FL 33634**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52**

Nonpriority creditor's name and mailing address

**Fruth Group Inc.**
**3220 E. Harbour Drive**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

$164.33

---

**3.53**

Nonpriority creditor's name and mailing address

**Gerardo & Nalleli Valle**
**2759 W. 29th Lane**
**Yuma, AZ 85364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.54**

Nonpriority creditor's name and mailing address

**Ginna Rich**
**3605 Ave 7 1/2 E**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.55**

Nonpriority creditor's name and mailing address

**Gisela Huntley**
**3486 W 38th Place**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.56**

Nonpriority creditor's name and mailing address

**Gregg and Denise Poppert**
**14154 E 51st Place**
**Yuma, AZ 85367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.57**

Nonpriority creditor's name and mailing address

**Hayward**
**1 Hayward Industrial Drive**
**Clemmons, NC 27012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$6,451.19

---

**3.58**

Nonpriority creditor's name and mailing address

**Hector Perez**
**490 E 12th Place**
**Somerton, AZ 85350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,300.00** |
|---|---|---|---|

**Innov-R**
670 E. 32nd Street
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Isaiah and Jeannie Wong**
5647 E 39th Lane
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Israa Khan**
11635 McCollough St
Wellton, AZ 85356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James and Tina Houchin**
11605 E  34th Pl
Yuma, AZ 85367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Leiferman**
5882 E 38th St
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Thomas**
13266 S Sandra Ave
Yuma, AZ 85367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared ande Patricia Lasley-Ruiz**
2491 Ave 7 1/2 E
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Bradstreet**
**5912 E. 36th Lane**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse and Omara Padilla**
**14459 42nd Place**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**JMJ Equipment Transport, Inc.**
**2489 County 14th Street #9638**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**JMJ Logistics**
**2490 County 14th Street #9638**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joann Chang**
**11648 E 25th Place**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joel Hilfiker**
**13120 S Ave 4 3/4 E**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John and Margaret Sitch**
**6647 E 35th Road**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Previous client/customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**John and Nani Kurtz**
**14431 E 42nd Place**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Joseph Brania**
**5886 E 36th Place**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Juan Garcia**
**7927 E 43rd Lane**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Julio Garcia**
**5792 E 45th Place**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Juventino Navarro**
**10214 E 39th Way**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |

**K. Spencer**
**10181 S. Universe Avenue**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Line of credit/loan to business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Katrina Goddard**
**8606 E 34th Ln**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katy Chernick**
**3725 W Livingston Estates**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelly and Lorri Sullivan**
**14625 E 49th Street**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kurt Kunz**
**12860 S Karinne Ave**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Brosky**
**10229 E 39th Way**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $744,066.97 |
|---|---|---|---|

**Latham**
**787 Watervliet Shaker Rd.**
**Latham, NY 12110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsey Gonsalves**
**10210 S. Solar Avenue**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2022**

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa Guillen**
**4455 W. 25th Place**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Lonnie Parker**
**11779 E 24th Lane**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Previous client/customer** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,369.18** |
| --- | --- | --- | --- |

**Lowes Business Account**
**P.O. Box 530970**
**Atlanta, GA 30353-0970**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business Credit Line** _

**Last 4 digits of account number  1349** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Luis and Diana Servin**
**8884 E 24th Pl**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Previous client/customer** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Luis Dorantes**
**11865 E 24th Pl**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Previous client/customer** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Marie Glynn**
**4593 W 22nd Place**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Previous client/customer** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Mark Amundson**
**11805 E 25th Street**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Previous client/customer** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Matthew and Crystal Paulin**
**3935 W 27th Place**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Previous client/customer** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mike and Rhonda Hernandez**
4849 W. 30th Place
Yuma, AZ 85364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mike Aronsen**
11805 E 25th Street
Yuma, AZ 85367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,900.00** |
|---|---|---|---|

**Misenhimer Aivazian & Tennant**
3150 Catalina Drive #1
Yuma, AZ 85364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mitch & Kirsten Ford**
6675 S Ave 20 E
Wellton, AZ 85356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathan Newey**
6195 E. 46th Lane
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.36** |
|---|---|---|---|

**New Lane Finance**
P.O. Box 7358
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nga Schultz**
10241 E 39th Way
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,146.87 |
|---|---|---|---|

**One Source**
2780 E. Palo Verde Street
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar and Vanessa Galvan**
3389 W 39th Place
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,417.07 |
|---|---|---|---|

**Otay Mesa**
8530 Avenida Costa Norte
San Diego, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pablo Velazquez**
14849 E 47th Ln
Yuma, AZ 85367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick O'Malley**
12636 E 49th Drive
Yuma, AZ 85367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,987.48 |
|---|---|---|---|

**PEP / Pool & Electrical Products**
353 E. Ross Avenue
El Centro, CA 92243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.76 |
|---|---|---|---|

**Polar Ice, LLC**
P.O. Box 6501
Yuma, AZ 85366-6501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 0:23-bk-06455-SHG    Doc 1    Filed 09/15/23    Entered 09/15/23 13:08:09    Desc
Main Document      Page 38 of 78

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,725.98** |
|---|---|---|---|

**Premier Franchise Management, LLC**
**4080 Cavitt Stallman, Suite 200**
**Granite Bay, CA 95746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Franchise Fees_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Quick Fix**
**13835 E. 52nd Drive**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00** |
|---|---|---|---|

**Quick Refrigeration Company, Inc.**
**190 W. 10th Street**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rachel / Leslie Williams**
**11876 E 25th Pl**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Previous client/customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rafael Galvan**
**2557 S 39th Dr**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Previous client/customer_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,561.71** |
|---|---|---|---|

**Ram Pipe & Supply**
**3231 Joanie Avenue**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rick Scearce**
**12648 E 48th Pl**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Previous client/customer_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rigo Tovar**
**10254 E 34th Place**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**RLI Insurance Company**
**P.O. Box 3961**
**Peoria, IL 61612-3961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cost for claims against insurance bond**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Rasmussen**
**11385 S Helen Drive**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rodney/James & Alicia Nemlowill**
**13564 S. Lemon Star Drive**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2022**

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ronald Berg**
**11627 Cactus St (P.O. Box 1248)**
**Wellton, AZ 85356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Scott and Sharon Hamill**
**13227 S Sandra Ave**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,213.89 |

**SCP / Pool Corp.**
**P.O. Box 80248**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,873.45** |

**Sellers Crane Services**
**1160 E. 21st Street**
**P.O. Box 1247**
**Yuma, AZ 85366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,823.68** |

**Sellers Petroleum**
**P.O. Box 747**
**Yuma, AZ 85366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Shawn Peterson**
**6295 E 47th St.**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Shawna Koivu**
**2505 S 8th Drive**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sheree Aldridge**
**3617 W Co 16 1/2 Street**
**Somerton, AZ 85350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Previous client/customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,759.73** |

**Southwest Turf**
**4200 E. 32nd Street**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$207.98** |

**Spectrum**
**Time Warner Cable**
**P.O. Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number __1100__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$725.59** |
|---|---|---|---|

**Spectrum / VOIP**
**P.O. Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steve Richardson**
**13453 E 52nd Street**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven Wandel**
**14691 E. 42nd Lane**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$359.69** |
|---|---|---|---|

**Sun Rental & Sales**
**3089 E. 33rd Place**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ted Penninger**
**10331 Typhoon Ave.**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Teresa and Norman Jannsen**
**14838 E 46th Loop**
**Yuma, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tim and Amanda Graham**
**3643 W Livingston Estates**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Previous client/customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Todd and Bianca Runyan**
**3972 W Livingston Estates Court**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,039.88** |
|---|---|---|---|

**Verizon Connect**
**5055 North Point Pkwy**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vincent & Annie Horne**
**8146 E. 47th Place**
**Yuma, AZ 85365**

Date(s) debt was incurred  __3/2022__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wayne and Raquel Preston**
**37340 E County 8th Street**
**Wellton, AZ 85356**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William and Ruth Sanchez**
**3573 E 35th Street**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Previous client/customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$541.20** |
|---|---|---|---|

**YRC Freight**
**10990 Roe Avenue**
**Leawood, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,656.66** |
|---|---|---|---|

**Yuma Lumber**
**3116 S. Avenue B**
**Yuma, AZ 85364**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,781.94 |

Nonpriority creditor's name and mailing address

**Yuma Winnelson**
**1275 S. Pacific Avenue**
**Yuma, AZ 85365**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$3,781.94

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Balboa Capital**<br>**P.O. Box 844803**<br>**Los Angeles, CA 90084-4803** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Balboa Capital**<br>**P.O. Box 844803**<br>**Los Angeles, CA 90084-4803** | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Balboa Capital Corporation (Legal)**<br>**575 Anton Blvd., 12th Floor**<br>**Costa Mesa, CA 92626** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Balboa Capital Corporation (Legal)**<br>**575 Anton Blvd., 12th Floor**<br>**Costa Mesa, CA 92626** | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Greg Jones**<br>**Burt & Associates**<br>**801 E. Campbell Road, Suite 165**<br>**Richardson, TX 75081** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Law Office of Barry Olsen, PLLC**<br>**101 East Second Street**<br>**Yuma, AZ 85364** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Law Office of Barry Olsen, PLLC**<br>**101 East Second Street**<br>**Yuma, AZ 85364** | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Mark A. Kirkorsky, P.C.**<br>**1119 W. Southern Avenue, Suite 200**<br>**Mesa, AZ 85210** | Line __3.106__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Mark A. Kirkorsky, P.C.**<br>**1119 W. Southern Avenue, Suite 200**<br>**Mesa, AZ 85210** | Line __3.121__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Registrar of Contractors**<br>**1700 W. Washington St., Ste. 105**<br>**Phoenix, AZ 85007-2812** | Line __3.63__<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.11 | **Registrar of Contractors**<br>**1700 W. Washington St., Ste. 105**<br>**Phoenix, AZ 85007-2812** | Line **3.111**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **RLI Insurance Company**<br>**P.O. Box 3961**<br>**Peoria, IL 61612-3961** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Simon Touma, Esq.**<br>**Touma Law**<br>**3101 N. Central Avenue, Suite 304**<br>**Phoenix, AZ 85012** | Line **3.138**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Yuma Winnelson Co.**<br>**P.O. Box 709**<br>**Yuma, AZ 85366** | Line **3.143**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 158,453.64 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,494,303.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,652,756.93 |

Case 0:23-bk-06455-SHG    Doc 1    Filed 09/15/23    Entered 09/15/23 13:08:09    Desc
Main Document    Page 45 of 78

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Amendment Agreement for business real property located at 2499 S. Virgina Dr., Yuma, AZ 85364 (dated 5/15/2023); Rent of $3,000/mo. to begin 6/1/2023 (Original lease 6/1/2019 - 6/30/2024)** | |
|---|---|---|---|
| | State the term remaining | | **C & J Harrington Family LP P.O. Box 5346 Yuma, AZ 85366** |
| | List the contract number of any government contract | | |

Debtor name    **J1778, LLC dba Premier Pools & Spas Yuma**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Denice Miller** | **3774 W. 36th Street**<br>**Yuma, AZ 85365** | **Premier Franchise Management, LLC** | ☐ D _____<br>■ E/F __3.108__<br>☐ G _____ |
| 2.2 | **Jacob Miller** | **3774 W. 36th Street**<br>**Yuma, AZ 85365** | **Ford Motor Credit Company** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Jacob Miller** | **3774 W. 36th Street**<br>**Yuma, AZ 85365** | **Balboa Capital** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.4 | **Jacob Miller** | **3774 W. 36th Street**<br>**Yuma, AZ 85365** | **Balboa Capital** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.5 | **Jacob Miller** | **3774 W. 36th Street**<br>**Yuma, AZ 85365** | **Premier Franchise Management, LLC** | ☐ D _____<br>■ E/F __3.108__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6   **Jacob Miller** | **3774 W. 36th Street**<br>**Yuma, AZ 85365** | **C & J Harrington**<br>**Family LP** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

Fill in this information to identify the case:

Debtor name    **J1778, LLC dba Premier Pools & Spas Yuma**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$684,505.34** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,618,361.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$3,087,572.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Balboa Capital | 2020 Freightliner M2 106 (VIN *4716) (dump truck)<br>2020 Freightliner M2 106 (VIN *4715) (dump truck) | 9/5/2023 | Unknown |
| Balboa Capital | 2019 John Deere Skid Steer (Vin *1626) | 9/5/2023 | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BLT Ready Mix Concrete, LLC v. Jacob Miller and Denice Miller, DBA Premier Pools and Spas, et al. S1400CV202300420 | Civil (Breach of Contract; Breach of Guaranty; Fraud) | Yuma County Superior Court 250 W. 2nd Street Yuma, AZ 85364 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Balboa Capital Corporation v. J1778, LLC dba Premier Pools and Spas Yuma; Jacob Thomas Jason Miller 8:23-cv-01516-JWH-DFMx | Civil | U.S. District Court Central District of California | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Case 0:23-bk-06455-SHG    Doc 1    Filed 09/15/23    Entered 09/15/23 13:08:09    Desc
Main Document      Page 50 of 78

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen, Jones & Giles, PLC**<br>**1850 N. Central Avenue, Suite 1150**<br>**Phoenix, AZ 85004** | **Attorney Fees (general legal advice)** | **5/4/2023** | **$2,500.00** |
| | **Email or website address**<br>**tallen@bkfirmaz.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Jacob Miller (Member)** | | | |
| 11.2. | **Allen, Jones & Giles, PLC**<br>**1850 N. Central Avenue, Suite 1150**<br>**Phoenix, AZ 85004** | **Attorney Fees (for Ch 7 fee and filing fee)** | **7/19/2023** | **$7,338.00** |
| | **Email or website address**<br>**tallen@bkfirmaz.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Marisela Martinez**<br>**P.O. Box 631**<br>**Yuma, AZ 85366** | **2017 Ford F150 (VIN *0989) (Desert Financial loan paid off with funds)** | **6/15/2023** | **$14,000.00** |
| | Relationship to debtor<br>**No relation to Debtor** | | | |
| 13.2. | **Conrad's Pool & Spa, Inc.**<br>**2580 E 24th Street**<br>**Yuma, AZ 85365** | **Fiberglass pool shell** | **7/17/2023** | **$15,000.00** |
| | Relationship to debtor<br>**No relation to Debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **1st Bank Yuma**<br>**2799 S. 4th Avenue**<br>**Yuma, AZ 85364** | **XXXX-8566** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/18/2023** | **$0.00** |
| 18.2. | **1st Bank Yuma**<br>**2799 S. 4th Avenue**<br>**Yuma, AZ 85364** | **XXXX-6107** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/18/2023** | **$0.00** |
| 18.3. | **1st Bank Yuma**<br>**2799 S. 4th Avenue**<br>**Yuma, AZ 85364** | **XXXX-8541** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/18/2023** | **$109.19** |
| 18.4. | **1st Bank Yuma**<br>**2799 S. 4th Avenue**<br>**Yuma, AZ 85364** | **XXXX-8574** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/18/2023** | **$0.83** |
| 18.5. | **1st Bank Yuma**<br>**2799 S. 4th Avenue**<br>**Yuma, AZ 85364** | **XXXX-8558** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/18/2023** | **$0.00** |

**19.** **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Misenhimer Aivazian & Tennant**<br>**3150 Catalina Drive**<br>**Yuma, AZ 85364** | **2019 - present**<br>**(annual tax returns)** |
| 26a.2. **Karen Cruz (inhouse/employee bookkeeper)** | **9/30/2022 - present** |
| 26a.3. **Kimberly Lerma**<br>**(inhouse/employee bookkeeper)** | **1/15/2021 - 9/30/2022** |
| 26a.4. **Denice Miller**<br>**3774 W. 36th Street**<br>**Yuma, AZ 85365** | **2019 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Misenhimer Aivazian & Tennant**<br>**3150 Catalina Drive**<br>**Yuma, AZ 85364** |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jacob Miller**<br>**3774 W. 36th Street**<br>**Yuma, AZ 85365** | **Salary/Member Draws (various amounts)** | **Various dates (year prior to filing)** | **$59,000** |
| | **Relationship to debtor**<br>**Sole Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2023**
_____

**/s/ Jacob Miller**                                    **Jacob Miller**
_____                              _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Sole Member**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re   **J1778, LLC dba Premier Pools & Spas Yuma**      Case No. _____
<br>Debtor(s)      Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **7,000.00** |
    | Prior to the filing of this statement I have received | $ **7,000.00** |
    | Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **adversary proceedings or contested matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 15, 2023**
<br>*Date*

**/s/ Thomas H. Allen**
<br>**Thomas H. Allen 11160**
<br>*Signature of Attorney*
<br>**Allen, Jones & Giles, PLC**
<br>**1850 N. Central Avenue, Suite 1150**
<br>**Phoenix, AZ 85004**
<br>**602-256-6000  Fax: 602-252-4712**
<br>**tallen@bkfirmaz.com**
<br>*Name of law firm*

---

# United States Bankruptcy Court
## District of Arizona

In re  **J1778, LLC dba Premier Pools & Spas Yuma**

Debtor(s)

Case No.

Chapter  **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Sole Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __18__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:  **September 15, 2023**

**/s/ Jacob Miller**
**Jacob Miller/Sole Member**
Signer/Title

Date:  **September 15, 2023**

**/s/ Thomas H. Allen**
Signature of Attorney
**Thomas H. Allen 11160**
**Allen, Jones & Giles, PLC**
**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000  Fax: 602-252-4712**

MML_Requirements_8-2018

MML-3

J1778, LLC dba Premier Pools & Spas Yuma -

ALEX YOST
4159 S BUCKHORN DRIVE
YUMA AZ 85365

ALEXANDER AND SARAH CHAVEZ
6545 E 32ND LANE
YUMA AZ 85365

ALEXANDRA CAVENAGHI
4837 W 31ST PLACE
YUMA AZ 85364

ALLIED WASTE
P.O. BOX 78829
PHOENIX AZ 85062-8829

ALLY FINANCIAL
P.O. BOX 380901
MINNEAPOLIS MN 55438

AMERICAN EXPRESS
P.O. BOX 297879
FORT LAUDERDALE FL 33329-7879

ANN MORENO
12355 E. BLUE SKY LANE
YUMA AZ 85365

ANTHONY BROWN
1720 S ATHENS AVE
YUMA AZ 85364

AQUABELLA
2850 S ROOSEVELT STREET
TEMPE AZ 85282

J1778, LLC dba Premier Pools & Spas Yuma -


ARIZONA DEPARTMENT OF ECONOMIC
UNEMPLOYMENT INSURANCE ADMINISTRATION
P.O. BOX 29225
PHOENIX AZ 85038-9225


ARIZONA DEPARTMENT OF REVENUE
C/O AZ ATTY GEN TAX, BANKR & COLL SECT
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004-1592


ARNOLDO MOTIJO
2599 S 32ND AVE
YUMA AZ 85364


ASHLEY DYKSTRA
27300 MESQUITE AVE
WELLTON AZ 85356


AZ TECH
128 N. 14TH AVENUE
YUMA AZ 85364


BALBOA CAPITAL
2010 MAIN STREET, 11TH FLOOR
IRVINE CA 92614


BALBOA CAPITAL
P.O. BOX 844803
LOS ANGELES CA 90084-4803


BALBOA CAPITAL CORPORATION (LEGAL)
575 ANTON BLVD., 12TH FLOOR
COSTA MESA CA 92626


BEN AND SHILOH WILLIAMS
13489 S AVE 6 3/4 E
85365

J1778, LLC dba Premier Pools & Spas Yuma -


BIG DADDY PUMP
1875 S. 5TH AVENUE
YUMA AZ 85364


BLT COMPANIES, LLC / CPT
P.O. BOX 6486
YUMA AZ 85366


BLT COMPANIES, LLC / READY MIX
P.O. BOX 6486
YUMA AZ 85366


BRAD PLANCICH
14694 E 49TH STREET
YUMA AZ 85367


BRANDON & NICOLE BROOKS
1285 S THOMAS AVE
YUMA AZ 85364


BRET & SHAWNA OPENHEIMER
13242 SOUTH AVENUE 5E
YUMA AZ 85365


BRIAN AND TAMMY DONAHOE
5182 E 34TH STREET
YUMA AZ 85365


C & J HARRINGTON FAMILY LP
P.O. BOX 5346
YUMA AZ 85366


CAESAR ROMERO
8475 E 37TH PLACE
YUMA AZ 85365

J1778, LLC dba Premier Pools & Spas Yuma -


CARLO RAMAGE
14767 S AVE 4 1/2E
YUMA AZ 85365


CAROL BERRY
4132 W. CAMILLE PLACE
YUMA AZ 85364


CAROL LEAKE
11638 E 26TH STREET
YUMA AZ 85367


CATERPILLER FINANCIAL SERVICES CORP.
P.O. BOX 100647
PASADENA CA 91189-0647


CEMEX
2088 E. 20TH STREET
YUMA AZ 85365


CESAR AND PILAR DOMINGUEZ
13484 S AVE 5E
YUMA AZ 85365


CHERYL AND DWIGHT LARSON
13692 E 54TH DRIVE
YUMA AZ 85367


CHESTER NAGEL AND DONNA PHILLIPS
10154 SUMMER AVE
YUMA AZ 85365


CINDY BLACK
13756 E 52ND STREET
YUMA AZ 85367

J1778, LLC dba Premier Pools & Spas Yuma -


CITY OF YUMA
ONE CITY PLAZA
P.O. BOX 13012
YUMA AZ 85366-3012


DANIEL AND PAMELA DUFF
13348 E 49TH ST.
YUMA AZ 85367


DANIELLE AND ROBERT HARRIS
11237 E 26TH PLACE
YUMA AZ 85367


DARBY GARCIA
8407 E LORENZO LANE
YUMA AZ 85365


DARREN MATTICE
10435 E. 39TH PLACE
YUMA AZ 85364


DAVE CLABORN
5328 E VIEW PARKWAY
YUMA AZ 85365


DAVID AND JAQUELYN MCCORMICK
3556 E. CORSO CAVALLO LANE
YUMA AZ 85365


DENICE MILLER
3774 W. 36TH STREET
YUMA AZ 85365


DESERT WATER STORE, INC.
863 AVE. B
YUMA AZ 85364

J1778, LLC dba Premier Pools & Spas Yuma -

DOUG AND RONNA STUBBS
8364 E ADOBE RIDGE ROAD
YUMA AZ 85365

DPE CONSTRUCTION
1636-A E. 20TH STREET
YUMA AZ 85365

ELDER DOMINGUES
4244 W. 27TH LN
YUMA AZ 85364

ELIZABETH ACOSTA
2211 E 26TH WAY
YUMA AZ 85365

EMC INSURANCE
P.O. BOX 219225
KANSAS CITY MO 64121-9225

ERIC JONES
4577 W. 27TH PLACE
YUMA AZ 85364

ERIC SAWYER
4419 W 13TH PLACE
YUMA AZ 85364

EUGENE MCCLURE
11767 E 24TH LANE
YUMA AZ 85367

EVEREST NATIONAL INSURANCE CO.
WARREN CORPORATE CENTER
100 EVEREST WAY
WARREN NJ 07059

J1778, LLC dba Premier Pools & Spas Yuma -


FLORIDA WATER PRODUCTS
5069 SAVARESE CIRCLE
TAMPA FL 33634


FORD MOTOR CREDIT COMPANY
P.O. BOX 6275
DEARBORN MI 48121-6275


FRUTH GROUP INC.
3220 E. HARBOUR DRIVE
PHOENIX AZ 85034


GERARDO & NALLELI VALLE
2759 W. 29TH LANE
YUMA AZ 85364


GINNA RICH
3605 AVE 7 1/2 E
YUMA AZ 85365


GISELA HUNTLEY
3486 W 38TH PLACE
YUMA AZ 85365


GREG JONES
BURT & ASSOCIATES
801 E. CAMPBELL ROAD, SUITE 165
RICHARDSON TX 75081


GREGG AND DENISE POPPERT
14154 E 51ST PLACE
YUMA AZ 85367


HAYWARD
1 HAYWARD INDUSTRIAL DRIVE
CLEMMONS NC 27012

J1778, LLC dba Premier Pools & Spas Yuma -


HECTOR PEREZ
490 E 12TH PLACE
SOMERTON AZ 85350


HONDO HAHN
1344 S. 41ST DRIVE
YUMA AZ 85364


INNOV-R
670 E. 32ND STREET
YUMA AZ 85365


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


ISAIAH AND JEANNIE WONG
5647 E 39TH LANE
YUMA AZ 85365


ISRAA KHAN
11635 MCCOLLOUGH ST
WELLTON AZ 85356


JACOB MILLER
3774 W. 36TH STREET
YUMA AZ 85365


JAMES AND TINA HOUCHIN
11605 E  34TH PL
YUMA AZ 85367


JAMES LEIFERMAN
5882 E 38TH ST
YUMA AZ 85365

J1778, LLC dba Premier Pools & Spas Yuma -


JAMES THOMAS
13266 S SANDRA AVE
YUMA AZ 85367


JARED ANDE PATRICIA LASLEY-RUIZ
2491 AVE 7 1/2 E
YUMA AZ 85365


JASON BRADSTREET
5912 E. 36TH LANE
YUMA AZ 85365


JESSE AND OMARA PADILLA
14459 42ND PLACE
YUMA AZ 85367


JMJ EQUIPMENT TRANSPORT, INC.
2489 COUNTY 14TH STREET #9638
YUMA AZ 85365


JMJ LOGISTICS
2490 COUNTY 14TH STREET #9638
YUMA AZ 85365


JOANN CHANG
11648 E 25TH PLACE
YUMA AZ 85367


JOEL HILFIKER
13120 S AVE 4 3/4 E
YUMA AZ 85365


JOHN AND MARGARET SITCH
6647 E 35TH ROAD
YUMA AZ 85365

J1778, LLC dba Premier Pools & Spas Yuma -


JOHN AND NANI KURTZ
14431 E 42ND PLACE
YUMA AZ 85367


JOSEPH BRANIA
5886 E 36TH PLACE
YUMA AZ 85365


JUAN GARCIA
7927 E 43RD LANE
YUMA AZ 85365


JULIO GARCIA
5792 E 45TH PLACE
YUMA AZ 85365


JUVENTINO NAVARRO
10214 E 39TH WAY
YUMA AZ 85365


K. SPENCER
10181 S. UNIVERSE AVENUE
YUMA AZ 85367


KATRINA GODDARD
8606 E 34TH LN
YUMA AZ 85365


KATY CHERNICK
3725 W LIVINGSTON ESTATES
YUMA AZ 85365


KELLY AND LORRI SULLIVAN
14625 E 49TH STREET
YUMA AZ 85367

J1778, LLC dba Premier Pools & Spas Yuma -

KURT KUNZ
12860 S KARINNE AVE
YUMA AZ 85367

LARRY BROSKY
10229 E 39TH WAY
YUMA AZ 85365

LATHAM
787 WATERVLIET SHAKER RD.
LATHAM NY 12110

LAW OFFICE OF BARRY OLSEN, PLLC
101 EAST SECOND STREET
YUMA AZ 85364

LINDSEY GONSALVES
10210 S. SOLAR AVENUE
YUMA AZ 85367

LISA GUILLEN
4455 W. 25TH PLACE
YUMA AZ 85364

LONNIE PARKER
11779 E 24TH LANE
YUMA AZ 85367

LOWES BUSINESS ACCOUNT
P.O. BOX 530970
ATLANTA GA 30353-0970

LUIS AND DIANA SERVIN
8884 E 24TH PL
YUMA AZ 85365

LUIS DORANTES
11865 E 24TH PL
YUMA AZ 85367


MARIE GLYNN
4593 W 22ND PLACE
YUMA AZ 85364


MARK A. KIRKORSKY, P.C.
1119 W. SOUTHERN AVENUE, SUITE 200
MESA AZ 85210


MARK AMUNDSON
11805 E 25TH STREET
YUMA AZ 85367


MATTHEW AND CRYSTAL PAULIN
3935 W 27TH PLACE
YUMA AZ 85365


MIKE AND RHONDA HERNANDEZ
4849 W. 30TH PLACE
YUMA AZ 85364


MIKE ARONSEN
11805 E 25TH STREET
YUMA AZ 85367


MISENHIMER AIVAZIAN & TENNANT
3150 CATALINA DRIVE #1
YUMA AZ 85364


MITCH & KIRSTEN FORD
6675 S AVE 20 E
WELLTON AZ 85356

J1778, LLC dba Premier Pools & Spas Yuma -


NATHAN NEWEY
6195 E. 46TH LANE
YUMA AZ 85365


NEW LANE FINANCE
P.O. BOX 7358
PHILADELPHIA PA 19101


NGA SCHULTZ
10241 E 39TH WAY
YUMA AZ 85365


ONE SOURCE
2780 E. PALO VERDE STREET
YUMA AZ 85365


OSCAR AND VANESSA GALVAN
3389 W 39TH PLACE
YUMA AZ 85365


OTAY MESA
8530 AVENIDA COSTA NORTE
SAN DIEGO CA 92154


PABLO VELAZQUEZ
14849 E 47TH LN
YUMA AZ 85367


PATRICK O'MALLEY
12636 E 49TH DRIVE
YUMA AZ 85367


PEP / POOL & ELECTRICAL PRODUCTS
353 E. ROSS AVENUE
EL CENTRO CA 92243

J1778, LLC dba Premier Pools & Spas Yuma -


POLAR ICE, LLC
P.O. BOX 6501
YUMA AZ 85366-6501


PREMIER FRANCHISE MANAGEMENT, LLC
4080 CAVITT STALLMAN, SUITE 200
GRANITE BAY CA 95746


QUICK FIX
13835 E. 52ND DRIVE
YUMA AZ 85367


QUICK REFRIGERATION COMPANY, INC.
190 W. 10TH STREET
YUMA AZ 85364


RACHEL / LESLIE WILLIAMS
11876 E 25TH PL
YUMA AZ 85367


RAFAEL GALVAN
2557 S 39TH DR
YUMA AZ 85364


RAM PIPE & SUPPLY
3231 JOANIE AVENUE
YUMA AZ 85365


RC LIQUOR
101 E 24TH ST
YUMA AZ 85364


REGISTRAR OF CONTRACTORS
1700 W. WASHINGTON ST., STE. 105
PHOENIX AZ 85007-2812

J1778, LLC dba Premier Pools & Spas Yuma -


RICK SCEARCE
12648 E 48TH PL
YUMA AZ 85367


RIGO TOVAR
10254 E 34TH PLACE
YUMA AZ 85365


RLI INSURANCE COMPANY
P.O. BOX 3961
PEORIA IL 61612-3961


ROBERT RASMUSSEN
11385 S HELEN DRIVE
YUMA AZ 85367


RODNEY/JAMES & ALICIA NEMLOWILL
13564 S. LEMON STAR DRIVE
YUMA AZ 85365


RONALD BERG
11627 CACTUS ST (P.O. BOX 1248)
WELLTON AZ 85356


SCOTT AND SHARON HAMILL
13227 S SANDRA AVE
YUMA AZ 85367


SCOTT MILBY
5788 E. 44TH PLACE
YUMA AZ 85365


SCP / POOL CORP.
P.O. BOX 80248
CITY OF INDUSTRY CA 91716

J1778, LLC dba Premier Pools & Spas Yuma -


SELLERS CRANE SERVICES
1160 E. 21ST STREET
P.O. BOX 1247
YUMA AZ 85366


SELLERS PETROLEUM
P.O. BOX 747
YUMA AZ 85366


SHAWN PETERSON
6295 E 47TH ST.
YUMA AZ 85365


SHAWNA KOIVU
2505 S 8TH DRIVE
YUMA AZ 85364


SHEREE ALDRIDGE
3617 W CO 16 1/2 STREET
SOMERTON AZ 85350


SIMON TOUMA, ESQ.
TOUMA LAW
3101 N. CENTRAL AVENUE, SUITE 304
PHOENIX AZ 85012


SOUTHWEST TURF
4200 E. 32ND STREET
YUMA AZ 85365


SPECTRUM
TIME WARNER CABLE
P.O. BOX 60074
CITY OF INDUSTRY CA 91716-0074


SPECTRUM / VOIP
P.O. BOX 60074
CITY OF INDUSTRY CA 91716-0074

J1778, LLC dba Premier Pools & Spas Yuma -


STEVE RICHARDSON
13453 E 52ND STREET
YUMA AZ 85367


STEVEN WANDEL
14691 E. 42ND LANE
YUMA AZ 85367


SUN RENTAL & SALES
3089 E. 33RD PLACE
YUMA AZ 85365


TED PENNINGER
10331 TYPHOON AVE.
YUMA AZ 85365


TERESA AND NORMAN JANNSEN
14838 E 46TH LOOP
YUMA AZ 85367


TIM AND AMANDA GRAHAM
3643 W LIVINGSTON ESTATES
YUMA AZ 85365


TODD AND BIANCA RUNYAN
3972 W LIVINGSTON ESTATES COURT
YUMA AZ 85365


VERIZON CONNECT
5055 NORTH POINT PKWY
ALPHARETTA GA 30022


VINCENT & ANNIE HORNE
8146 E. 47TH PLACE
YUMA AZ 85365

J1778, LLC dba Premier Pools & Spas Yuma -


WAYNE AND RAQUEL PRESTON
37340 E COUNTY 8TH STREET
WELLTON AZ 85356


WELLS FARGO VENDOR FINANCIAL SERVICES
5000 RIVERSIDE DRIVE
SUITE 300 EAST
IRVING TX 75039-4314


WILLIAM AND RUTH SANCHEZ
3573 E 35TH STREET
YUMA AZ 85365


YRC FREIGHT
10990 ROE AVENUE
LEAWOOD KS 66211


YUMA LUMBER
3116 S. AVENUE B
YUMA AZ 85364


YUMA WINNELSON
1275 S. PACIFIC AVENUE
YUMA AZ 85365


YUMA WINNELSON CO.
P.O. BOX 709
YUMA AZ 85366

# United States Bankruptcy Court
## District of Arizona

In re    __J1778, LLC dba Premier Pools & Spas Yuma__      Case No. _____

                                     Debtor(s)                  Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __J1778, LLC dba Premier Pools & Spas Yuma__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 15, 2023__

Date

**/s/ Thomas H. Allen**

**Thomas H. Allen 11160**

Signature of Attorney or Litigant

Counsel for __J1778, LLC dba Premier Pools & Spas Yuma__

**Allen, Jones & Giles, PLC**

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000 Fax:602-252-4712**
**tallen@bkfirmaz.com**